```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
JOAN KOMINIS, Individually and on Behalf of All                  :
Others Similarly Situated,                                       :
                                                                 :      22 Civ. 6673 (JPC)
                                Plaintiff,                       :
                                                                 :              ORDER
                -v-                                              :
                                                                 :
STARBUCKS CORPORATION,                                           :
                                                                 :
                                Defendant.                       :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

    Defendant moved to dismiss the original Complaint in this action, Dkt. 1, on September 15, 2022, Dkt. 14.  On October 7, 2022, Plaintiff filed the Amended Complaint.  Dkt. 18.  The Court then set a briefing schedule for a new motion to dismiss the Amended Complaint in an October 26, 2022 order.  Dkt. 21.  Therefore, Defendant's original motion to dismiss is denied without prejudice. The Clerk of Court is respectfully directed to close the motion pending at Docket Number 14.

    SO ORDERED.

Dated: November 7, 2022  
       New York, New York

                                                JOHN P. CRONAN  
                                                United States District Judge