UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JOAN KOMINIS, *individually and on
behalf of all others similarly situated*,

                     Plaintiffs,           **22 Civ. No. 6673 (JPC) (GS)**

    -against-

STARBUCKS CORPORATION,                    **VIDEO STATUS
CONFERENCE ORDER**

                     Defendant.
-------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       This action is scheduled for a Video Status Conference on **Wednesday, April 10, 2024 at 2:00 p.m.** The parties are directed to submit a joint status report on ECF by **Monday, April 8, 2024**, updating the Court as to the status of discovery. Counsel shall join the conference via Microsoft Teams at the scheduled time using the following link: Click here to join the meeting. **Meeting ID: [297 144 486 645]; Passcode: [scQ8Sa]**.

       **SO ORDERED.**

DATED:    New York, New York
              January 22, 2024

                                                    _____
                                                    The Honorable Gary Stein
                                                    United States Magistrate Judge