UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JOAN KOMINIS and JASON
MCALLISTER, *individually and on
behalf of all others similarly situated*,

                Plaintiffs,                    **22 Civ. No. 06673 (JPC) (GS)**

    -against-

STARBUCKS CORPORATION,                      **VIDEO STATUS
CONFERENCE ORDER**

                Defendant.
-------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      Due to a conflict in the Court's schedule, the Video Status Conference scheduled for Tuesday, May 28, 2024 at 10:00 a.m. is hereby adjourned to **Wednesday, May 29, 2024 at 11:00 a.m**. The parties are directed to submit a joint status report on ECF by **Friday, May 24, 2024.** Counsel is directed to join the conference via Microsoft Teams at the scheduled time using the following link: Click here to join the meeting. **Meeting ID: [297 144 486 645] Passcode: [scQ8Sa]**

      **SO ORDERED.**

DATED:    New York, New York
             April 11, 2024

                                                             */s/ Gary Stein*
                                                             The Honorable Gary Stein
                                                             United States Magistrate Judge