UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOAN KOMINIS and JASON
MCALLISTER, *individually and on
behalf of all others similarly situated*,

                                                             22 Civ. No. 6673 (GS)

                            Plaintiffs,                     **VIDEO STATUS**
                                                             **CONFERENCE ORDER**

          -against-

STARBUCKS CORPORATION

                              Defendant.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       This action is scheduled for a Video Status Conference on **Thursday, September 12, 2024 at 2:00 p.m.** Pursuant to the Court's prior Order (Dkt. No. 51), the parties shall submit a status update by no later than **Monday, September 9, 2024**. Counsel is directed to join the conference via Microsoft Teams at the scheduled time using the following link: Click here to join the meeting. **Meeting ID: [217 362 808 879]  Passcode: [K3J9px]**

       **SO ORDERED.**

DATED:    New York, New York
                  July 9, 2024

                                                         */s/ Gary Stein*
                                                          _____
                                                          The Honorable Gary Stein
                                                         United States Magistrate Judge